**Appeal Dismissed and Memorandum Opinion filed May 25, 2021.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-21-00188-CR

---

**JOHNNY RICHARDSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 179th District Court
Harris County, Texas
Trial Court Cause No. 1624475**

---

### MEMORANDUM OPINION

Under a plea-bargain agreement with the State, appellant pleaded guilty to aggravated robbery with a deadly weapon and was sentenced to prison for forty years on August 27, 2019. He filed a notice of appeal on April 5, 2021.

A defendant's notice of appeal must be filed within thirty days after sentence is imposed when the defendant has not filed a motion for new trial. *See* Tex. R. App. P. 26.2(a)(1). A notice of appeal that complies with the requirements of Texas Rule of Appellate Procedure 26 is essential to vest the court of appeals with jurisdiction.

*Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Id.* We lack jurisdiction because appellant's notice of appeal was filed more than two year after sentence was imposed.

On April 22, 2021, we notified the parties of our intent to dismiss this appeal unless appellant demonstrated, within twenty-one days, that the court has jurisdiction. Appellant's response does not demonstrate this court has jurisdiction to entertain the appeal.

The appeal is dismissed.


PER CURIAM


Panel consists of Chief Justice Christopher and Justices Zimmerer and Hassan.

Do Not Publish — Tex. R. App. P. 47.2(b)